### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| ION GEOPHYSICAL CORPORATION, *et al*[1] | § | CASE NO.  22-30987 (MI) |
| | § | |
| DEBTORS | § | |
| | § | |

### NOTICE OF APPEARANCE
### AND REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned lawyer appears in the above-captioned case on behalf of Cobra Acquisition Services, SA and Cobra Cayman, Ltd (collectively "Cobra"), creditors and parties-in-interest, and pursuant to Bankruptcy Rules 2002 and 9010(b), requests that a digital copy of all notices, pleadings and papers filed in this case be delivered to the undersigned attorney via email attachment.

Respectfully submitted,

/s/ Tom Kirkendall
Tom Kirkendall
State Bar No. 11517300/SDTX No. 02287
**LAW OFFICE OF TOM KIRKENDALL**
2 Violetta Ct
The Woodlands, Texas 77381-4550
713.703.3536
bigtkirk@gmail.com

**COUNSEL FOR COBRA ACQUISITION SERVICES, SA AND COBRA CAYMAN, LTD**

---

[1]The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ION Geophysical Corporation (6646); I/O Marine Systems, Inc. (3230); ION Exploration Products (U.S.A.), Inc. (1394); and GX Technology Corporation (0115). The location of the Debtors' service address is 4203 Yoakum Blvd., Suite 100, Houston, Texas 77006.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument, was served via electronic transmission to counsel for the debtor, U.S. Trustee, creditors and parties-in-interest via the Court's ECF system on the 14th day of April, 2022.

*/s/ Tom Kirkendall*
Tom Kirkendall