IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 22-30987 (mi) |
| | § | |
| ION GEOPHYSICAL CORPORATION, *et al.*,[1] | § § | Chapter 11 |
| | § | (Jointly Administered) |
| Debtors | | |

AMENDED[2] NOTICE OF APPOINTMENT OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE:

The United States Trustee for the Southern District of Texas, through his undersigned attorney and pursuant to Section 1102(a) and 1102(b)(1) of the Bankruptcy Code, hereby appoints the following eligible creditors to the Official Committee of Unsecured Creditors in the above captioned case:

| | | | |
|---|---|---|---|
| | Cobra Acquisition Services S.A.<br>5555 San Felipe, Suite 2100<br>Houston TX 77056 | Marcus Pullicino<br>713-728-6266<br>Marcus.Pullicino@cobracorp.com | |
| | Wilmington Savings Fund Society, FSB<br>500 Delaware Avenue<br>Wilmington, Delaware 19801 | Patrick J. Healy<br>302-888-7420<br>phealy@wsfsbank.com | |
| | Shearwater GeoServices LTD<br>2 City Place, Beehive Ring Road<br>Gatwick, West Sussex | Gunnvor Dyrdi Remøy<br>gremoy@shearwatergeo.com | |
| | Upstream Services S.A<br>Pinto 4679, 4 B Floor,<br>Buenos Aires, Argentina C1429AQC | Roberto R.I. Aguirre<br>+54 9 11 44257573<br>r_aguirre@upstream.com.ar | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: ION Geophysical Corporation (6646); I/O Marine Systems, Inc. (3230); ION Exploration Products (U.S.A.), Inc. (1394); and GX Technology Corporation (0115). The location of the Debtors' service address is 4203 Yoakum Blvd., Suite 100, Houston, Texas 77006.

[2] Notice of Appointment amended to add Upstream Services S.A. onto the Official Committee of Unsecured Creditors.

Dated: April 20, 2022            KEVIN M. EPSTEIN
                                           UNITED STATES TRUSTEE

                                           */s/ HA M NGUYEN*
                                           Ha Nguyen, Trial Attorney
                                           CA Bar #305411 | FED ID NO. 3623593
                                           United States Department of Justice
                                           Office of the United States Trustee
                                           515 Rusk Street, Suite 3516
                                           Houston, Texas 77002
                                           E-mail: Ha.Nguyen@usdoj.gov
                                           Cell: 202-590-7962

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on April 20, 2022.

                                             */s/ Ha M Nguyen*
                                             Ha M Nguyen
                                             Trial Attorney