IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ION GEOPHYSICAL CORPORATION, *et al.*,[1] | § | Case No. 22-30987 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**ORDER PURSUANT TO SECTIONS 105(A) AND 107(B) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9018(I) AUTHORIZING SHEARWATER GEOSERVICES LIMITED TO FILE UNDER SEAL CERTAIN CONFIDENTIAL INFORMATION AND (II) LIMITING NOTICE THEREOF**

[Relates to Docket No. 180 and ___]

Upon the motion ("Motion")[2] in the above-captioned case, pursuant to sections 105(a) and 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 authorizing Shearwater GeoServices Limited ("Shearwater") to file under seal the Master Cooperation Agreement, Exhibit 1 to its Witness and Exhibit List for May 9, 2022 Hearing filed at Docket No. 180 and limit notice thereof, the Court having jurisdiction to consider this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of this Motion being a core proceeding pursuant to 28 U.S.C. § 157; notice of the Motion having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1. The Motion is hereby GRANTED as set forth herein.

2. Pursuant to section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, Shearwater is authorized to file under seal.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if any), are: ION Geophysical Corporation (6646); I/O Marine Systems, Inc. (3230); ION Exploration Products (U.S.A.), Inc. (1394); and GX Technology Corporation (0115). The location of the Debtors' service address is 4203 Yoakum Blvd., Suite 100, Houston, Texas 77006.

[2] Capitalized terms not defined herein have the meaning ascribed to them in the Motion.

4874-8282-8318.1

3. This Order is without prejudice to the rights of any party-in-interest or the U.S. Trustee to seek to unseal the MCA or any part of it.

4. Shearwater is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Date: _____

_____
UNITED STATES BANKRUPTCY JUDGE

4874-8282-8318.1