# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **In re:**<br>**ION GEOPHYSICAL CORPORATION,**<br>*Debtors*<br><br>**WITNESSES:**<br>Marcus Pullicino (fact & expert witness)<br>Any witness called by other parties-in-interest | Case No. 22-30987 (MI)<br>Chapter 11<br><br>Judge: Marvin Isgur<br>Courtroom Deputy: Tyler Laws<br>Hearing Date: May 9, 2022; 3:30 p.m.<br>Party Name: Cobra Acquisition Servs, SA<br>Attorney Names: Tom Kirkendall<br>Attorney Phone: 713.703.3536<br>Nature of Proceeding: Hearing on Debtors' First Omnibus Motion for Rejection of Exectory Contracts and Related Relief (Dkt 25) |

## WITNESS AND EXHIBIT LIST OF
## COBRA ACQUISITION SERVICES, S.A.

Cobra may call the following witnesses:

1. Marcus Pullicino, CEO of Cobra Acquisition Services, S.A.

2. Any witness called or designated by any other party-in-interest; and

3. Any witness called to rebut the testimony of witnesses called or designated by any other party-in-interest.

| Ex# | Description | Offered | Objection | Admitted/<br>Not<br>Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Master Geophysical Service Agreement dated as of July 22, 2011 (the "Master Services Agreement") | | | | |

| Ex# | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 2 | Supplemental Agreement No. 6 to Master Geophysical Services Agreement No. 1195 | | | | |
| 3 | Supplemental Agreement No. 13 to Master Geophysical Services Agreement | | | | |
| 4 | Acknowledgement Letter Re: Scrivener's Error | | | | |
| 5 | Cobra's First Notice of Default and Reservation of Rights, Oct. 25, 2021 | | | | |
| 6 | Exhibit 6 - Cobra's Second Notice of Default and Retainment of Work Product, January 14, 2022 | | | | |

Cobra reserves the right to call or to introduce any of none of the witnesses or exhibits listed above, and further reserves the right to supplement or amend this list at any time prior to the final hearing in this contested matter.

Respectfully submitted:

*/s/ Tom Kirkendall*

Tom Kirkendall
State Bar No. 11517300/SDTX No. 02287
**LAW OFFICE OF TOM KIRKENDALL**
2 Violetta Court
The Woodlands, Texas 77381-4550
(281) 364.9946
bigtkirk@gmail.com

**ATTORNEY FOR COBRA ACQUISITION SERVICES, S.A.**

**OF COUNSEL:**

Timothy Hoffmann
**KING & SPALDING LLP**
Illinois Bar No. 6289756
*Pro hac vice* motion pending
110 N Wacker Drive Suite 3800
Chicago, IL 60606
+1 312.764.6939
thoffmann@kslaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing instrument, was served via electronic transmission to counsel for the debtor, U.S. Trustee, creditors and parties-in-interest via the Court's ECF system on the 9th day of May, 2022.

                                                  /s/ Tom Kirkendall
                                                  Tom Kirkendall