# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Monday, May 9, 2022

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Sharon | Beausoleil | Foley & Lardner LLP | Shearwater GeoServices |
| Michael S. | Held | Jackson Walker LLP | PKY-2101 CITYWEST 3&4, LP |
| Tom | Kirkendall | Law Office of Tom Kirkendall | Cobra Acquisition Services, S.A |
| Charles | Koster | White & Case LLP | Official Committee of Unsecured Creditors |
| Laura | Krucks | Winston & Strawn LLP | Debtors |
| Sergei | Lebedev | SMNG | SMNG |
| Dan | McGuire | Winston & Strawn LLP | ION Geophysical Corporation et al. |
| Gregory | Pesce | White & Case LLP | Official Committee of Unsecured Creditors |
| Katherine | Preston | Winston & Strawn LLP | Debtors |
| Matthew | Roose | Ropes & Gray LLP | Ad Hoc Group of First Lien Lenders and Second Lien Noteholders |
| Jason | Zakia | White & Case LLP | Official Committee of Unsecured Creditors |