United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 16, 2022
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ION GEOPHYSICAL CORPORATION, *et al.*,[1] | ) Case No. 22-30987 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re:  Docket No. 25** |

### ORDER AUTHORIZING (I) THE REJECTION OF CERTAIN UNEXPIRED LEASES AND (II) THE REJECTION OF CERTAIN EXECUTORY CONTRACTS, EACH EFFECTIVE AS OF APRIL 12, 2022, AND (III) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (a) authorizing the Debtors to (i) reject the Leases set forth on **Schedule 1** attached hereto effective as of the Petition Date and (ii) reject the Contracts set forth on **Schedule 2** attached hereto effective as of the Petition Date; and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: ION Geophysical Corporation (6646); I/O Marine Systems, Inc. (3230); ION Exploration Products (U.S.A.), Inc. (1394); and GX Technology Corporation (0115). The location of the Debtors' service address is 4203 Yoakum Blvd., Suite 100, Houston, Texas 77006.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. Pursuant to section 365 of the Bankruptcy Code, the Contracts and Leases shall each be deemed rejected as of April 12, 2022.

2. Each counterparty to each Contract and Lease must file a proof of claim, if at all, on or before the later of (a) the deadline for filing proofs of claim established in these chapter 11 cases and (b) thirty (30) days after the entry of this order, or else be forever barred.

3. Effective as of the Petition Date, any and all property located on the Debtors' leased premises of any applicable Lease of non-residential real property that is rejected pursuant to this Order shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is. Landlords may, in their sole discretion and without further notice or order of the Court, utilize and/or dispose of such abandoned property without further notice to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the amount of, basis for, or validity of any claim against a Debtor entity under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or

admission that any particular claim is of a type specified or defined in the Motion or any order granting the relief requested by the Motion or a finding that any particular claim is an administrative expense claim or other priority claim; (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; (g) a waiver or limitation of the Debtors', or any other party in interest's, rights under the Bankruptcy Code or any other applicable law; or (h) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the relief requested in the Motion are valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens.

5. Notice of the Motion satisfies the requirements of Bankruptcy Rule 6004(a) and the Bankruptcy Local Rules are satisfied by such notice.

6. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8. Notwithstanding anything herein to the contrary, nothing in this Order shall be deemed an adjudication or interpretation of Cobra Acquisition Services, S.A.'s ("Cobra") rights under the contracts rejected under this Order, including, without limitation, Cobra's right to assert that the Debtors are not authorized to use any of the "Work Product" (as defined in the Cobra Agreements), that any proceeds generated from the Debtors' post-petition sales of such Work Product should be paid to Cobra, and that the Debtors cannot sell the Work Product in this chapter

11 case. Any and all such rights of Cobra are fully reserved and preserved.

9. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: May 16, 2022

_____
Marvin Isgur
United States Bankruptcy Judge

**Schedule 1**

**Rejected Leases**[1]

---

[1] The inclusion of a Lease on this list does not constitute an admission as to existence or validity of any claims held by the Lease counterparty.

AmericasActive:17000401.8

**Schedule 1**

Leases

| # | Counterparty | Counterparty Address | Debtor | Description [1][2] | Rejection Date |
|---|---|---|---|---|---|
| 1 | Market Center Investors LLC | C/O Urban Renaissance Property Co., 1640 Market St., Denver, CO 80202 | ION Geophysical Corporation | Office Lease Agreement Re: 1624 Market St, Ste 400, Denver, Co 80202 Lease | 4/12/2022 |
| 2 | PKY-2101 CityWest 3&4 LP | Attn: Mr. Randall L. Scott<br>c/o Thomas Properties Group, LP<br>2005 Market Street, Suite 3200<br>Philadelphia, PA 19103 | ION Geophysical Corporation | Real Estate Lease Agreement Re: 2105 Citywest Blvd Bldg 3, Fl 1, Fl 3 & Fl 6-9 Houston | 4/12/2022 |
| 3 | Richard Cook Limited | 26 Windsor St Chertsey, Chertsey, Surrey, KT1B 8AS, United Kingdom | ION Geophysical Corporation | Real Estate Lease Agreement Re: Abbey Groves, 31 Windsor St Chertsey Surrey United Kingdom | 4/12/2022 |
| 4 | Runnymede Borough Council | Attn. Tim Sonnex, Runnymede Civic Centre Station Rd., Addleston,  KT15 2AH,  United Kingdom | ION Geophysical Corporation | Rent Concession Agreement DTD. 10/5/2020 | 4/12/2022 |

**Footnotes:**
[1] For the avoidance of doubt, reference to a lease herein are as supplemented, modified or subsequently amended in addendums, amendments or side letters.
[2] References to agreements and documents are only summaries and are not intended to be full descriptions of such agreements and documents.

**Schedule 2**

**Rejected Contracts**[1]

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract or as to the existence or validity of any claims held by the Contract counterparty.

AmericasActive:17000401.8

**Schedule 2**

Contracts

| # | Counterparty | Counterparty Address | Debtor | Description [1][2] | Rejection Date |
|---|---|---|---|---|---|
| | Aramark Refreshment Services LLC | 9950 Fallbrook Pines Dr., Houston, TX 77064 | ION Geophysical Corporation | Customer Relationship Agreement DTD. 7/11/2016 | 4/12/2022 |
| | Buelna, Hector Eduardo | Address on File | ION Geophysical Corporation | Separation And General Release Agreement DTD. 2/3/2020 | 4/12/2022 |
| | Clearpoint | Attn. James Webb, President, 5204 Jackson St, Houston, TX 77004 | ION Geophysical Corporation | Contract For Placement Of Personnel DTD. 1/8/2019 | 4/12/2022 |
| | Cobra Acquisition Services S.A. | 5555 San Felipe Suite 2100, Houston, TX 77056 | GX Technology Corporation | Assignment And Assumption Agreement DTD. 7/31/2019 | 4/12/2022 |
| | Cobra Energy Services Cayman Ltd. | Caribbean Plaza 878 W Bay Rd., P.O. Box 10335, Grand Cayman, KY1-1003 | GX Technology Corporation | Master Geophysical Services Agreement DTD. 7/8/2015 | 4/12/2022 |
| | Cobra Energy Services LLC | Attn. Ted Cooper, 14810 Park Almeda, Houston, TX 77047 | GX Technology Corporation | Congospan Phase II Offshore Angola Non-Exclusive 2D Seismic Acquisition, Processing & Marketing DTD. 1/4/2006 | 4/12/2022 |
| | Cobra Energy Services LLC | Attn. Ted Cooper, 14810 Park Almeda, Houston, TX 77047 | GX Technology Corporation | Letter Agreement DTD. 4/4/2012 | 4/12/2022 |
| | Cobra Energy Services LLC | Attn. Ted Cooper, 14810 Park Almeda, Houston, TX 77047 | GX Technology Corporation | Letter Of Intent DTD. 4/21/2008 | 4/12/2022 |
| | Cobra Energy Services LLC | Attn. Ted Cooper, 14810 Park Almeda, Houston, TX 77047 | ION Geophysical Corporation | Letter Of Intent DTD. 6/28/2011 | 4/12/2022 |
| | Cobra Energy Services LLC | Attn. Ted Cooper, 14810 Park Almeda, Houston, TX 77047 | GX Technology Corporation | Letter Of Intent DTD. 6/7/2011 | 4/12/2022 |
| | Cobra Energy Services S.A. | World Trace Center, 1 Piso Area Commercial Calle 53, Marbella, Panama City | GX Technology Corporation | Assignment And Assumption Agreement DTD. 7/31/2019 | 4/12/2022 |
| | Cobra Energy Services S.A. | World Trace Center, 1 Piso Area Commercial Calle 53, Marbella, Panama City | GX Technology Corporation | Congospan Phase II Offshore Angola Non-Exclusive 2D Seismic Acquisition, Processing & Marketing Agreement DTD. 1/4/2006 | 4/12/2022 |
| | Cobra Energy Services S.A. | World Trace Center, 1 Piso Area Commercial Calle 53, Marbella, Panama City | GX Technology Corporation | Letter Agreement DTD. 5/10/2019 | 4/12/2022 |
| | Cobra Energy Services S.A. | World Trace Center, 1 Piso Area Commercial Calle 53, Marbella, Panama City | GX Technology Corporation | Letter Agreement DTD. 9/12/2012 | 4/12/2022 |
| | Cobra Energy Services S.A. | World Trace Center, 1 Piso Area Commercial Calle 53, Marbella, Panama City | GX Technology Corporation | Master Geophysical Services Agreement #11195 DTD. 7/22/2011 | 4/12/2022 |
| | Cobra Energy Services S.A. | World Trace Center, 1 Piso Area Commercial Calle 53, Marbella, Panama City | GX Technology Corporation | Master Geophysical Services Agreement DTD. 7/31/2011 | 4/12/2022 |
| | Cobra Energy Services S.A. | World Trace Center, 1 Piso Area Commercial Calle 53, Marbella, Panama City | GX Technology Corporation | Master Geophysical Services Agreement DTD. 7/8/2015 | 4/12/2022 |
| | Cobra Energy Services S.A. | World Trace Center, 1 Piso Area Commercial Calle 53, Marbella, Panama City | GX Technology Corporation | Master Geophysical Services Agreement DTD. 9/11/2012 | 4/12/2022 |
| | Cobra Energy Services S.A. | World Trace Center, 1 Piso Area Commercial Calle 53, Marbella, Panama City | GX Technology Corporation | Subcontract For Acquisition Of 2D Seismic Data DTD. 4/20/2007 | 4/12/2022 |
| | Cobra Energy Services LLC | Attn. Ted Cooper, 14810 Park Almeda, Houston, TX 77047 | GX Technology Corporation | Supplytime 2005 Time Charter Party For Offshore DTD. 3/2/2011 | 4/12/2022 |
| | Drilling Info Inc. | Attn. Shawn M Shillington, 2901 Via Fortuna, Bldg 6, Suite 200, Austin, TX 78746 | ION Geophysical Corporation | Order Form DTD. 6/28/2016 | 4/12/2022 |
| | Energy Analyst Ltd. | C/O Douglas Gibson Balruddery Stables, Balruddery Meadows, Invergowrie, DD2 5LJ | ION Geophysical Corporation | Consulting Services Agreement DTD. 6/11/2021 | 4/12/2022 |
| | Gateway Group Inc. | 4685 Macarthur Court, Ste 400, Newport Beach, CA 92660 | ION Geophysical Corporation | Financial Public Investor Relations Agreement DTD. 10/16/2020 | 4/12/2022 |
| | Geoex International Ltd. | Global House, 1 Ashley Ave Epsom, Surrey, London, KT18 5AD | GX Technology Corporation | Representative Agreement for Local Content DTD. 4/26/2014 | 4/12/2022 |
| | Geoex International Ltd. | Global House, 1 Ashley Ave Epsom, Surrey, London, KT18 5AD | ION Geophysical Corporation | West Equatorial Africaspan Collaboration Agreement DTD. 3/1/2012 | 4/12/2022 |
| | Hanson, Brian | 14 Waters Lake Blvd. Missouri City, TX 77459 | ION Geophysical Corporation | Separation Agreement DTD. | 4/12/2022 |
| | Hanson, Brian | 14 Waters Lake Blvd. Missouri City, TX 77459 | ION Geophysical Corporation | Employement Agreement DTD. 3/22/2022 [3] | 4/12/2022 |
| | Hart Energy | 1616 S Voss Rd, Ste 1000, Houston, TX 77057-2627 | ION Geophysical Corporation | Order Acknowledgement Agreement DTD. 4/1/2021 | 4/12/2022 |
| | Houston Livestock Show & Rodeo Inc. | PO Box 20070, Houston, TX 77225 | ION Geophysical Corporation | NRG Stadium Suite License Agreement DTD. 5/16/2018 | 4/12/2022 |
| | Houston NFL Holdings LP | NRG Stadium, Two NRG Park, Houston, TX 77054 | ION Geophysical Corporation | Houston Texans Nrg Stadium Suite Lease Agreement DTD. 3/28/2018 | 4/12/2022 |
| | JSC Sevmorneftegeofizika | Attn. Mikhail Savchenko 17, Karl Marx Str, Murmansk, 183025 | ION Geophysical Corporation | Master Geophysical Service Agreement DTD. 9/15/2019 | 4/12/2022 |
| | JSC Sevmorneftegeofizika | Attn. Mikhail Savchenko 17, Karl Marx Str, Murmansk, 183025 | GX Technology Corporation | Master Geophysical Service Agreement DTD. 9/15/2019 | 4/12/2022 |
| | On24 Inc. | Attn. Amit Khetan, Vp Finance/CAO, 50 Beale St., 8th Fl., San Francisco, CA 94105 | ION Geophysical Corporation | Webcast Elite 100 Subscription Agreement | 4/12/2022 |
| | Patsnap (UK) Ltd. | 6th Fl., WeWork 30 Stamford St., London, SE1 9LQ | ION Geophysical Corporation | Service Agreement Renewal DTD. 12/1/2021 | 4/12/2022 |
| | Patsnap (UK) Ltd. | 6th Fl., WeWork 30 Stamford St., London, SE1 9LQ | ION Geophysical Corporation | Service Agreement DTD. 10/28/2016 | 4/12/2022 |
| | PESGB | Business & Tech Centre, Bessemer Dr., Stevenage, Hertfordshire, SG1 2DX | ION Geophysical Corporation | Sustaining Sponsorship Agreement 2021-2022 | 4/12/2022 |
| | PGS Exploration (Uk) Ltd. | Attn. C Drage, P Wijnen, 4 The Heights Brooklands, Weybridge, Surrey, KY13 0NY | GX Technology Corporation | Collaboration Agreement For Global 2D Data Library DTD. 5/26/2020 | 4/12/2022 |
| | PGS Exploration (Uk) Ltd. | Attn. C Drage, P Wijnen, 4 The Heights Brooklands, Weybridge, Surrey, KY13 0NY | GX Technology Corporation | Collaboration Agreement For West Africa Library Data DTD. 4/24/2019 | 4/12/2022 |
| | PGS Exploration (Uk) Ltd. | Attn. C Drage, P Wijnen, 4 The Heights Brooklands, Weybridge, Surrey, KY13 0NY | GX Technology Corporation | Letter Of Intent DTD. 7/30/2018 | 4/12/2022 |
| | PGS Geophysical AS | Attn. Chris Drage, Nathan Oliver, Lilleakerveien 4C P.O. Box 251, Lilleaker, 0216 Oslo | GX Technology Corporation | Collaboration Agreement For Global 2D Data Library DTD. 5/26/2020 | 4/12/2022 |
| | PGS Geophysical AS | Attn. Chris Drage, Nathan Oliver, Lilleakerveien 4C P.O. Box 251, Lilleaker, 0216 Oslo | GX Technology Corporation | Collaboration Agreement For West Africa Library Data DTD. 4/24/2019 | 4/12/2022 |
| | PGS Geophysical AS | Attn. Chris Drage, Nathan Oliver, Lilleakerveien 4C P.O. Box 251, Lilleaker, 0216 Oslo | GX Technology Corporation | Letter Of Intent DTD. 12/6/2016 | 4/12/2022 |
| | PGS Geophysical AS | Attn. Chris Drage, Nathan Oliver, Lilleakerveien 4C P.O. Box 251, Lilleaker, 0216 Oslo | GX Technology Corporation | Letter Of Intent DTD. 3/10/2017 | 4/12/2022 |
| | PGS Geophysical AS | Attn. Chris Drage, Nathan Oliver, Lilleakerveien 4C P.O. Box 251, Lilleaker, 0216 Oslo | GX Technology Corporation | Letter Of Intent DTD. 7/30/2018 | 4/12/2022 |
| | PGS Geophysical AS | Attn. Chris Drage, Nathan Oliver, Lilleakerveien 4C P.O. Box 251, Lilleaker, 0216 Oslo | ION Geophysical Corporation | Master Geophysical Services Agreement DTD. 12/17/2020 | 4/12/2022 |
| | PGS Geophysical AS | Attn. Chris Drage, Nathan Oliver, Lilleakerveien 4C P.O. Box 251, Lilleaker, 0216 Oslo | ION Geophysical Corporation | Master Service Agreeement DTD. 12/17/2020 | 4/12/2022 |
| | Selecman, Charles | Address on File | ION Geophysical Corporation (f/k/a/ Input/Output Inc.) | Supplemental Executive Retirement Plan DTD. 6/4/1992 | 4/12/2022 |

| | Counterparty | Address | Debtor | Description of Contract or Lease | Cure Amount |
|---|---|---|---|---|---|
| | Selecman, Barbara A | Address on File | ION Geophysical Corporation (f/k/a/ Input/Output Inc.) | Supplemental Executive Retirement Plan DTD. 6/4/1992 | 4/12/2022 |
| | Shanghai Cobra Energy Services S.A. | 14710 Park Almeda Dr., Houston, TX 77047-7004 | GX Technology Corporation | Subcontract For Acquisition Of 2D Seismic Data DTD. 4/20/2007 | 4/12/2022 |
| | TGS Geophysical Company (Uk) Ltd. | Attn. David Hajovsky, 1 The Crescent, Surbiton, Surrey, KT6 4BN | ION Geophysical Corporation | Multi-Client Project Agreement | 4/12/2022 |
| | TGS Geophysical Company (Uk) Ltd. | Attn. David Hajovsky, 1 The Crescent, Surbiton, Surrey, KT6 4BN | ION Geophysical Corporation | Multi-Client Strategic Operating Alliance Agreement DTD. 7/25/2013 | 4/12/2022 |
| | TGS Geophysical Company (Uk) Ltd. | Attn. David Hajovsky, 1 The Crescent, Surbiton, Surrey, KT6 4BN | GX Technology Corporation | Seismic Survey Agreement DTD. 3/14/2018 | 4/12/2022 |
| | TGS-Nopec Geophysical Company ASA | Attn. Tanya Herwanger, Lensmannslia 4, Asker,  N-1386 | ION Geophysical Corporation | Multi-Client Project Agreement | 4/12/2022 |
| | WesternGeco Ltd. | Attn. Fred Muchardt, Gen Counsel, 62 Buckingham Gate, London, SW1E 6AJ | ION Geophysical Corporation; GX Technology Corporation; | IP Related To Communication Redundancy DTD. 12/15/2017 | 4/12/2022 |
| | WesternGeco Ltd. | Attn. Fred Muchardt, Gen Counsel, 62 Buckingham Gate, London, SW1E 6AJ | ION Geophysical Corporation | Notice Of Intent To Pursue A Potential Opportunity DTD. 3/9/2021 | 4/12/2022 |
| | WesternGeco Ltd. | Schlumberger House, Gatwick Airport, West Sussex,  RH6 0NZ | ION Geophysical Corporation | WesternGeco IP Letter DTD. 12/15/2017 | 4/12/2022 |
| | WesternGeco Ltd. | Attn. Fred Muchardt, Gen Counsel, 62 Buckingham Gate, London, SW1E 6AJ | ION Geophysical Corporation | WesternGeco IP Letter - Response DTD. 1/15/2018 | 4/12/2022 |
| | WesternGeco Ltd. | Attn. Fred Muchardt, Gen Counsel, 62 Buckingham Gate, London, SW1E 6AJ | ION Geophysical Corporation | WesternGeco Campeche Foundation Letter DTD. 3/9/2021 | 4/12/2022 |
| | WesternGeco LLC | General Counsel, 10001 Richmond Ave. P.O. Box 2469, Houston, TX 77042-4299 | ION Geophysical Corporation | Settlement Agreement DTD. 4/7/2020 Re: Civil Action No. 4:09-Cv-1827 (SDTX) | 4/12/2022 |
| | WesternGeco LLC | General Counsel, 10001 Richmond Ave. P.O. Box 2469, Houston, TX 77042-4299 | ION Geophysical Corporation; GX Technology Corporation; | SPANViewer Terms and Conditions DTD. 7/17/2020 | 4/12/2022 |
| | WesternGeco LLC | General Counsel, 10001 Richmond Ave. P.O. Box 2469, Houston, TX 77042-4299 | ION Geophysical Corporation | VIB Pro Joint Research & Test Agreement | 4/12/2022 |
| | Westerngeco Seismic Holdings Ltd. | Flemming House Wickham Cay  P.O. Box 662, Road Town; Tortola, | ION Geophysical Corporation | Cooperation Agreement DTD. 7/27/2016 | 4/12/2022 |
| | Wood Mackenzie Inc. | Attn. Juan Santana, Director Of Sales Americas, 5847 San Felipe, 10th Fl., Ste 1000, Houston, TX 77057 | ION Geophysical Corporation | Proview Service Agreement DTD. 8/24/2020 | 4/12/2022 |
| | Xerox Financial Services LLC | 45 Glover Ave., Norwalk, CT 06856 | ION Geophysical Corporation | Managed Documents Services Agreement DTD. 3/15/2019 | 4/12/2022 |

**Footnotes:**

[1] For the avoidance of doubt, reference to an agreement herein are as supplemented, modified or subsequently amended in addendums, amendments or side letters.
[2] References to agreements and documents are only summaries and are not intended to be full descriptions of such agreements and documents.
[3] The Debtors do not believe this is an enforceable contract. Nevertheless, the Debtors include it here out of an abundance of caution.