## ACKNOWLEDGEMENT LETTER RE: SCRIVENER'S ERROR

This Acknowledgement Letter (this "**Letter**") is entered into as of July 8, 2019, by and between GX Technology Corporation, a Texas corporation located at 2105 CityWest Boulevard, Suite 100, Houston, Texas 77042 ("**COMPANY**") and Cobra Energy Services, S.A., a Panamanian corporation located at the World Trade Center, 1° Piso Area Commercial, Calle 53, Marbella, Panama City, Republica de Panama ("**CONTRACTOR**"). Each of COMPANY and CONTRACTOR are referred to herein as a "**Party**" and collectively as, the "**Parties**".

WHEREAS, the Parties entered into that certain Master Geophysical Service Agreement dated July 22, 2011 (the "**Master Agreement**"), the terms of which are incorporated herein by reference;

WHEREAS, the Parties have entered into several Supplemental Agreements (as defined in the Master Agreement), including the following: (i) Supplemental Agreement No. 10 dated June 8, 2017; (ii) Supplemental Agreement No. 11 dated March 5, 2018; (iii) Supplemental Agreement No. 12 dated June 8, 2018; and (iv) Supplemental Agreement No. 13 dated January 17, 2019 (collectively, the "**Supplemental Agreements**"); and

WHEREAS, the Parties wish to correct a scrivener's error in the Supplemental Agreements.

NOW, THEREFORE, the Parties hereto acknowledge and agree that, being a party to the Master Agreement and the Supplemental Agreements, the date "July 8, 2015" incorrectly attributed to the Master Agreement in each of the Supplemental Agreements is a scrivener's error and the correct date to be included in the Supplemental Agreements is July 22, 2011 and all reference thereto in the Supplemental Agreements are hereby modified accordingly;

FURTHERMORE, the Parties hereto acknowledge and agree that, notwithstanding anything appearing to the contrary in this Letter, the scrivener's error in the Supplemental Agreements and the correction provided for in this Letter shall not be a violation of the Supplemental Agreements or the Master Agreement.

IN WITNESS WHEREOF, this Letter has been signed and acknowledged by the duly authorized representatives of the Parties effective as of the date set forth below.

**COMPANY**

GX Technology Corporation
BY: _____
NAME: KEN WILLIAMSON
TITLE: EVP + COO
DATE: 07/24/2019

**CONTRACTOR**

Cobra Energy Services, S.A.
BY: _____
NAME: Yumin Li
TITLE: Country Manager, CHINA
DATE: 07.23.2019

EXHIBIT Cobra 5