**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>ION GEOPHYSICAL CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-30987 (MI)<br><br>(Jointly Administered) |

**NOTICE ADJOURNING SALE HEARING**
**AND CERTAIN RELATED DATES AND DEADLINES**

**PLEASE TAKE NOTICE** that on May 3, 2022, the Bankruptcy Court for the Southern District of Texas (the "Court") entered the *Order (I) Approving (A) Bidding Procedures and (B) Assumption and Assignment Procedures and (II) Granting Related Relief* [Docket No. 174] (the "Bid Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bid Procedures Order, the Court set certain dates related to the sale process, which dates may be modified by the Debtors, in consultation with the Consultation Parties, without further order of the Court.

**PLEASE TAKE FURTHER NOTICE** that on June 9, 2022, the Debtors filed their *Notice Adjourning Sale Hearing, Combined Hearing, and Certain Related Dates and Deadlines* [Docket No. 308] (the "Notice"), pursuant to which the Debtors, as allowed by the Bid Procedures Order, extended certain of the dates set forth in the Bid Procedures Order (as set forth below, the "Sale Dates").

**PLEASE TAKE FURTHER NOTICE** that the Sale Dates are hereby further extended in accordance with the Bid Procedures Order as follows:

| Event | Sale Dates<br>(prevailing Central Time) | New Deadline / Time<br>(prevailing Central Time) |
|---|---|---|
| Deadline to File Objections to the Sale Transactions (the "Sale Objection Deadline") | July 1, 2022 at 4:00 p.m. | **July 13, 2022 at 4:00 p.m.** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: ION Geophysical Corporation (6646); I/O Marine Systems, Inc. (3230); ION Exploration Products (U.S.A.), Inc. (1394); and GX Technology Corporation (0115). The location of the Debtors' service address is 4203 Yoakum Blvd., Suite 100, Houston, Texas 77006.

| Event | Sale Dates (prevailing Central Time) | New Deadline / Time (prevailing Central Time) |
|---|---|---|
| Deadline to File Contract Objections (the "Contract Objection Deadline") | July 1, 2022 at 4:00 p.m. | **July 13, 2022 at 4:00 p.m.** |
| Sale Hearing | July 6, 2022 at 9:30 a.m. | **July 18, 2022 at 1:30 p.m.** |

**PLEASE TAKE FURTHER NOTICE** that all documents filed in these chapter 11 cases are available free of charge by visiting https://dm.epiq11.com/IONGeophysical, by calling (855) 604-1746 (domestic) or +1 (503) 597-7702 (international), or by email at IONGeoInfo@epiqglobal.com. Copies of any pleadings or papers filed with the Court may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

| | |
|---|---|
| Dated: June 30, 2022<br>Houston, Texas | **WINSTON & STRAWN LLP**<br><br>/s/ *Katherine A. Preston*<br>Katherine A. Preston (TX Bar No. 24088255)<br>800 Capitol St., Suite 2400<br>Houston, Texas 77002<br>Telephone: (713) 651-2600<br>Facsimile: (713) 651-2700<br>Email: kpreston@winston.com<br><br>and<br><br>Daniel J. McGuire (admitted *pro hac vice*)<br>Laura Krucks (admitted *pro hac vice*)<br>35 W. Wacker Drive<br>Chicago, Illinois 60601-9703<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700<br>Email: dmcguire@winston.com<br>          lkrucks@winston.com<br><br>and<br><br>Timothy W. Walsh (admitted *pro hac vice*)<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700<br>E-mail: twwalsh@winston.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

**Certificate of Service**

    I certify that on June 30, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                          */s/ Katherine A. Preston*
                                          Katherine A. Preston