UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| ION GEOPHYSICAL CORPORATION, *et al.*,[1] | ) ) Case No. 22-30987 (MI) |
| Debtors. | ) ) (Jointly Administered) ) ) |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR AUGUST 8, 2022 AT 10:30 A.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file their Witness and Exhibit List for the hearing to be held on August 8, 2022, at 10:30 a.m. (prevailing Central Time) (the "Hearing") as follows:

**WITNESSES**

The Debtors may call the following witnesses at the Hearing:

1. Mike Morrison, Executive Vice President and Chief Financial Officer of ION Geophysical Corporation;

2. Jakub Mleczko, Executive Director at Perella Weinberg Partners LP;

3. Ken Williamson, Executive Vice President, Innovation & Strategic Marketing, of ION Geophysical Corporation;

4. Stephenie Kjontvedt, Vice President, Senior Consultant of Epiq Corporate Restructuring, LLC;

5. Any witness listed by any other party;

6. Rebuttal witnesses as necessary; and

7. The Debtors reserve the right to cross-examine any witness called by any other

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax-identification number are: ION Geophysical Corporation (6646); I/O Marine Systems, Inc. (3230); ION Exploration Products (U.S.A.), Inc. (1394); and GX Technology Corporation (0115). The location of the Debtors' service address is 4203 Yoakum Blvd., Suite 100, Houston, Texas 77006.

1

party.

# EXHIBITS

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1. | Declaration of Mike Morrison, Executive Vice President and Chief Financial Officer of ION Geophysical Corporation, In Support of Chapter 11 Petitions and First Day Motions | | | | | | |
| 2. | Declaration of Jakub Mleczko In Support of (I) Motion for Entry of Order Authorizing Debtors to Obtain Senior Secured Superpriority Postpetition Financing and Use of Cash Collateral, and (II) Motion for Entry of Order Approving Bid Procedures | | | | | | |
| 3. | Master Geophysical Service Agreement, dated July 22, 2011 | | | | | | |
| 4. | Supplemental Agreement No. 6 to Master Geophysical Services Agreement No. 11195, dated September 30, 2014 | | | | | | |
| 5. | Supplemental Agreement No. 13 to Master Geophysical Services Agreement, dated January 17, 2019 | | | | | | |
| 6. | Supplemental Agreement No. 5 to Master Geophysical Services Agreement No. 11195, dated April 21, 2014 | | | | | | |
| 7. | Master Cooperation Agreement, dated May 2, 2018 (to be filed under seal) | | | | | | |
| 8. | Supplemental Agreement No. 1 to the Master Cooperation Agreement, dated August 14, 2020 (to be filed under seal) | | | | | | |
| 9. | Supplemental Agreement No. 2 to the Master Cooperation Agreement, dated March 16, 2021 (to be filed under seal) | | | | | | |
| 10. | Master Cooperation Agreement, dated August 7, 2014 (to be filed under seal) | | | | | | |
| 11. | First Amendment to Master Cooperation Agreement, dated April 9, 2020 (to be | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | filed under seal) | | | | | | |
| 12. | Deed of Novation, dated February 1, 2021 (to be filed under seal) | | | | | | |
| 13. | Agreement for Non-Exclusive Geophysical Survey of the Libyan Territories, dated September 25, 2013 (to be filed under seal) | | | | | | |
| 14. | Supplemental Agreement No. 002 to Master Cooperation Agreement, dated September 1, 2014 (to be filed under seal) | | | | | | |
| 15. | Multi-Client Seismic Services, Revenue Sharing and Brokerage Agreement, dated April 22, 2013 (to be filed under seal) | | | | | | |
| 16. | Supplemental Agreement No. 001 to Master Cooperation Agreement, dated August 7, 2014 (to be filed under seal) | | | | | | |
| 17. | Agreement for the Acquisition and Revenue Sharing of Exclusive Survey for NamibiaSPAN Phase 1 Project, dated August 12, 2014 (to be filed under seal) | | | | | | |
| 18. | Amendment No. 1 to the Supplemental Agreement No. 001, dated September 1, 2014 (to be filed under seal) | | | | | | |
| 19. | Amendment No. 2 to the Supplemental No. 001 to the Master Cooperation Agreement NamibiaSPAN, dated November 21, 2014 (to be filed under seal) | | | | | | |
| 20. | BGP Statements, dated March 31, 2022 (to be filed under seal) | | | | | | |
| 21. | Multi-Client Seismic Data Services, Revenue Sharing and Brokerage Agreement, dated August 31, 2020 (to be filed under seal) | | | | | | |
| 22. | Master Geological Study Agreement, dated May 3, 2011 | | | | | | |
| 23. | Supplemental Agreement No. 001 to Master Geological Study Agreement No. GXT, dated June 4, 2011 | | | | | | |
| 24. | First Amended Joint Chapter 11 Plan of ION Geophysical Corporation and its Debtor Affiliates | | | | | | |

3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 25. | Disclosure Statement for Joint Chapter 11 Plan of ION Geophysical Corporation and its Affiliated Debtors | | | | | | |
| 26. | Disclosure Statement Supplement Relating to the First Amended Joint Chapter 11 Plan of ION Geophysical and its Debtor Affiliates | | | | | | |
| | Any document or pleading filed in the above-captioned main cases | | | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |
| | Any exhibit identified or offered by any other party | | | | | | |

## RESERVATION OF RIGHTS

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list prior to the Hearing.

Dated: August 4, 2022  
Houston, Texas

**WINSTON & STRAWN LLP**

/s/ *Katherine A. Preston*
Katherine A. Preston (TX Bar No. 24088255)
800 Capitol St., Suite 2400
Houston, Texas 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700
Email: kpreston@winston.com

and

Daniel J. McGuire (admitted *pro hac vice*)
Laura Krucks (admitted *pro hac vice*)
35 W. Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: dmcguire@winston.com
     lkrucks@winston.com

and

Timothy W. Walsh (admitted *pro hac vice*)

4

200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
E-mail: twwalsh@winston.com

*Counsel to the Debtors and Debtors in Possession*

5

AmericasActive:17316978.4

## Certificate of Service

      I certify that on August 4, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                              */s/ Katherine A. Preston*
                                              Katherine A. Preston