**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| ION GEOPHYSICAL CORPORATION, *et al.,*[1] | Case No. 22-30987 (MI) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: October 3, 2022 @ 4:00 p.m. (CT)** |

**FOURTH MONTHLY FEE STATEMENT OF ALIXPARTNERS, LLP,**
**FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL**
**SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM AUGUST 1, 2022 THROUGH AUGUST 25, 2022**

| | | |
|---|---|---|
| **Name of Applicant:** | **ALIXPARTNERS, LLP** | |
| **Applicant's Role in Case:** | **Financial Advisor to the Official Committee of Unsecured Creditors** | |
| **Date Order of Employment Signed:** | **June 16, 2022, Effective as of April 26, 2022 [Docket No. 321]** | |
| **Time period covered by this Fee Statement:** | **Beginning of Period** | **End of Period** |
| | **August 1, 2022** | **August 25, 2022** |
| **Summary of Total Fees and Expenses Requested:** | | |
| **Total fees requested in this Fee Statement:** | **$60,068.80  (80% of $75,086.00)** | |
| **Total expenses requested in this Fee Statement:** | **$0.00** | |
| **Total fees and expenses requested in this Fee Statement:** | **$60,068.80** | |
| **This is a(n):**   __X__ Monthly Application ___ Interim Application ___ Final Application | | |

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ION Geophysical Corporation (6646); I/O Marine Systems, Inc. (3230); ION Exploration Products (U.S.A.), Inc. (1394); and GX Technology Corporation (0115). The location of the Debtors' service address is 4203 Yoakum Blvd., Suite 100, Houston, Texas 77006.

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**FOR THE PERIOD FROM AUGUST 1, 2022 THROUGH AUGUST 25, 2022**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 19.0 | $  23,655.00 |
| Matthew D Gates | Director | $840 | 15.3 | 12,852.00 |
| Elizabeth S Kardos | Director | $750 | 4.6 | 3,450.00 |
| Scott Weiner | Senior Vice President | $700 | 29.2 | 20,440.00 |
| Kaitlyn A Sundt | Senior Vice President | $550 | 1.1 | 605.00 |
| David Webster | Vice President | $655 | 8.0 | 5,240.00 |
| Brooke F Filler | Vice President | $485 | 0.9 | 436.50 |
| Lisa Marie Bonito | Vice President | $475 | 17.7 | 8,407.50 |
| **Total Hours and Fees for Professionals** | | | **95.8** | **$   75,086.00** |
| Less 20% Holdback | | | | (15,017.20) |
| **Total Fees for Professionals** | | | | **$   60,068.80** |

**Average Billing Rate   $        783.78**

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY MATTER CATEGORY**
**FOR THE PERIOD FROM AUGUST 1, 2022 THROUGH AUGUST 25, 2022**

| Matter Code | Matter Category | Hours | Fees |
|---|---|---|---|
| 1.1 | Planning, Coordination and Case Management | 1.7 | $ 1,423.50 |
| 1.2 | Meetings & Communication with UCC and Creditors | 2.0 | 2,015.00 |
| 1.3 | Preparation of Committee Presentations | 6.5 | 5,246.50 |
| 1.4 | Meetings & Communication with Debtors | 13.6 | 13,018.50 |
| 1.7 | Analysis of Liquidity and Cash Management | 8.9 | 6,963.00 |
| 1.8 | Sale of Business and Assets | 0.4 | 336.00 |
| 1.11 | Financial and Other Diligence | 7.4 | 5,000.00 |
| 1.12 | Docket Review & Analysis | 0.7 | 588.00 |
| 1.14 | Lien and Claims Analysis | 1.4 | 1,176.00 |
| 1.17 | RSA, Disclosure Statement & Plan of Reorganization | 21.3 | 18,349.00 |
| 1.18 | Court Hearings and Status Conferences | 3.9 | 3,798.00 |
| 1.19 | Retention Applications & Relationship Disclosures | 4.2 | 3,109.50 |
| 1.20 | Fee Applications & Fee Statements | 23.8 | 14,063.00 |
| | **Total Hours and Fees by Matter Category Before Holdback** | **95.8** | **$ 75,086.00** |

**Average Billing Rate  $        783.78**

AlixPartners, LLP ("<u>AlixPartners</u>"), as financial advisor to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") to the above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>"), hereby submits this Fourth Monthly Fee Statement (the "<u>Fee Statement</u>") seeking compensation for professional services rendered for the period from August 1, 2022 through August 25, 2022 (the "<u>Compensation Period</u>"), pursuant to the *Order (i) Establishing Procedures For Interim Compensation and Reimbursement Of Expenses For Retained Professional and (ii) Granting Related Relief* [Docket No. 223] (the "<u>Interim Compensation Order</u>") and the *Order Authorizing the Official Committee of Unsecured Creditors to Employ and Retain AlixPartners, LLP as its Financial Advisor Effective as of April 26, 2022* [Docket No. 321].

The Interim Compensation Order provides that fourteen (14) days after service of this Fee Statement (the "<u>Objection Deadline</u>"), the Debtors are authorized and directed to pay AlixPartners 80% of the professional fees and 100% of the out-of-pocket expenses requested in this Fee Statement, with the exception of any fees and/or expenses subject to an objection.

Detailed descriptions of the professional services performed by each professional, organized by matter category and by date, and the aggregate hours of services provided  (in tenths of an hour) during the Compensation Period are attached hereto as **<u>Exhibit A</u>**.

**WHEREFORE**, AlixPartners, as financial advisor to the Committee, respectfully requests: (i) an interim allowance of compensation for professional services in the amount of $75,086.00 for the Compensation Period; (ii) that, upon expiration of the Objection Deadline, the Debtors are authorized and directed to pay AlixPartners $60,068.80, representing 80% of total fees rendered during the Compensation Period; and (iii) such other and further relief as this Court deems proper.

Dated:  September 19, 2022

ALIXPARTNERS, LLP
909 Third Avenue, 28th Floor
New York, New York 10022

By:  David MacGreevey
     Managing Director

**AlixPartners, LLP**

**<u>Exhibit A</u>**

**Detailed Description of AlixPartners' Fees and Hours
<u>by Matter Category During the Compensation Period</u>**

**AlixPartners**

ION Geophysical Corporation
c/o Winston & Strawn, LLP
Attn:  Timothy W. Walsh, Esq.
200 Park Avenue
New York, NY 10166-4193

Re:        Planning, Coordination and Case Management
Code:      20006556P00001.1.1

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 08/01/2022 | DM | Emails with S. Weiner and M. Gates (both AlixPartners) re: ION work plan | 0.3 |
| 08/01/2022 | ESK | Emails with D. MacGreevey (AlixPartners) re: D&O insurance | 0.4 |
| 08/04/2022 | ESK | Call with insurance brokers to procure insurance coverage | 1.0 |
| **Total Professional Hours** | | | **1.7** |

**AlixPartners**

ION Geophysical Corporation
21-Apr-22
Attn: Timothy W. Walsh, Esq.
200 Park Avenue
New York, NY 10166-4193

Re:                    Planning, Coordination and Case Management
Code:              20006556P00001.1.1

| PROFESSIONAL | | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 0.3 | $ | 373.50 |
| Elizabeth S Kardos | Director | $750 | 1.4 | | 1,050.00 |
| **Total Professional Hours and Fees** | | | **1.7** | **$** | **1,423.50** |

**Alix**Partners

ION Geophysical Corporation
c/o Winston & Strawn, LLP
Attn: Timothy W. Walsh, Esq.
200 Park Avenue
New York, NY 10166-4193

Re:       Meetings & Communication with UCC and Creditors
Code:     20006556P00001.1.2

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 08/04/2022 | DM | Follow up discussion with C. Lotempio and J. Ashmead (S&K) re: ION wind down | 0.3 |
| 08/04/2022 | DM | Discussion with C. Lotempio and J. Ashmead (S&K) re: ION wind down | 0.2 |
| 08/09/2022 | DM | Participate in Committee call with Committee members, K. Schultz, C. Koster, D. Kim (all W&C), M. Gates and S. Weiner (all AlixPartners) re: case and liquidity status updates | 0.5 |
| 08/09/2022 | MDG | Participate in Committee call with Committee members, K. Schultz, C. Koster, D. Kim (all W&C), D. MacGreevey and S. Weiner (all AlixPartners) re: case and liquidity status updates | 0.5 |
| 08/09/2022 | SW | Participate in Committee call with Committee members, K. Schultz, C. Koster, D. Kim (all W&C), D. MacGreevey and M. Gates (all AlixPartners) re: case and liquidity status updates | 0.5 |
| **Total Professional Hours** | | | **2.0** |

**AlixPartners**

ION Geophysical Corporation
21-Apr-22
Attn:  Timothy W. Walsh, Esq.
200 Park Avenue
New York, NY 10166-4193

Re:                              Meetings & Communication with UCC and Creditors
Code:                          20006556P00001.1.2

| PROFESSIONAL | | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 1.0 | $ | 1,245.00 |
| Matthew D Gates | Director | $840 | 0.5 | | 420.00 |
| Scott Weiner | Senior Vice President | $700 | 0.5 | | 350.00 |
| **Total Professional Hours and Fees** | | | **2.0** | **$** | **2,015.00** |

**AlixPartners**

ION Geophysical Corporation
c/o Winston & Strawn, LLP
Attn:  Timothy W. Walsh, Esq.
200 Park Avenue
New York, NY 10166-4193

Re:            Preparation of Committee Presentations
Code:         20006556P00001.1.3

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 08/01/2022 | DW | Preparation of materials for the UCC covering performance for the week ended July 22 | 1.7 |
| 08/01/2022 | MDG | Review and comment on weekly presentation to committee. | 0.5 |
| 08/02/2022 | DM | Review draft presentation for ION UCC re: weekly updates | 0.3 |
| 08/08/2022 | DM | Review draft presentation for ION UCC re: waterfall and liquidity | 0.7 |
| 08/09/2022 | MDG | Prepare for meeting with UCC. | 0.3 |
| 08/15/2022 | MDG | Review and commentary on weekly UCC presentation. | 0.4 |
| 08/16/2022 | DM | Review draft presentation for ION UCC re: weekly updates | 0.3 |
| 08/22/2022 | DW | Preparation of materials for the UCC covering performance for the week ended Aug 12 | 2.3 |
| **Total Professional Hours** | | | **6.5** |

**AlixPartners**

ION Geophysical Corporation
21-Apr-22
Attn:  Timothy W. Walsh, Esq.
200 Park Avenue
New York, NY 10166-4193

Re:                          Preparation of Committee Presentations
Code:                        20006556P00001.1.3

| PROFESSIONAL | | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 1.3 | $ | 1,618.50 |
| Matthew D Gates | Director | $840 | 1.2 | | 1,008.00 |
| David Webster | Vice President | $655 | 4.0 | | 2,620.00 |
| **Total Professional Hours and Fees** | | | **6.5** | **$** | **5,246.50** |

**AlixPartners**

ION Geophysical Corporation
c/o Winston & Strawn, LLP
Attn: Timothy W. Walsh, Esq.
200 Park Avenue
New York, NY 10166-4193

Re:        Meetings & Communication with Debtors
Code:      20006556P00001.1.4

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 08/02/2022 | DM | Emails with C. Lotempio (S&K) and S. Bate and M. Evans re: wind down issues | 0.8 |
| 08/05/2022 | DM | Meeting with ION Management, C. Lotempio and J. Ashmead (S&K) and C. Phillips and C. Pershing (Bederson) and E. Kardos (AlixPartners) re: ION wind down planning | 1.5 |
| 08/09/2022 | DM | Participate in conference call with M. Morrison, N. Cunningham (all ION), C. LoTempio (S&K) and S. Weiner (AlixPartners) re: wind down systems needs | 1.0 |
| 08/09/2022 | SW | Participate in conference call with M. Morrison, N. Cunningham (all ION), C. LoTempio (S&K) and D MacGreevey (AlixPartners) re: wind down systems needs | 1.0 |
| 08/12/2022 | DM | Meeting with ION management and C. Lotempio and J. Ashmead (S&K) and S. Weiner (AlixPartners) re: ION wind down IT requirements | 0.6 |
| 08/12/2022 | SW | Participate in conference call with M. Morrison, S. Rodermund (ION), C. LoTempio (S&K) and D. MacGreevey (AlixPartners) re: wind down systems needs | 0.5 |
| 08/23/2022 | DM | Email from M. Morrison (ION) re: ION PA updates | 0.2 |
| 08/24/2022 | MDG | Participate in conference call with M. Morrison, S. Rodermund (all ION), C. LoTempio (S&K), C. Persing, C. Phillipps (Benderson) and S. Weiner (AlixPartners) re: status and next steps in wind down issues | 2.0 |
| 08/24/2022 | SW | Participate in conference call with M. Morrison, S. Rodermund (all ION), C. LoTempio (S&K), C. Persing, C. Phillipps (Benderson) and M. Gates (AlixPartners) re: status and next steps in wind down issues | 2.0 |
| 08/25/2022 | DM | Participate in conference call with M. Morrison, S. Rodermund (all ION), D. Rush, C. Lee, A. Peterson (all FTI), C. LoTempio (S&K), C. Persing, C. Phillipps (Benderson), D. MacGreevey, M. Gates and S. Weiner (all AlixPartners) re: net proceeds waterfall and emergence timing | 0.8 |
| 08/25/2022 | DM | Attend meeting with S. Rodermund (ION), C. Phillips (Bederson) and S. Weiner (AlixPartners) re: ION IT transition | 0.8 |
| 08/25/2022 | MDG | Participate in conference call with M. Morrison, S. Rodermund (all ION), D. Rush, C. Lee, A. Peterson (all FTI), C. LoTempio (S&K), C. Persing, C. Phillipps (Benderson), D. MacGreevey, M. Gates and S. Weiner (all AlixPartners) re: net proceeds waterfall and emergence timing | 0.8 |
| 08/25/2022 | SW | Participate in conference call with M. Morrison, S. Rodermund (all ION), D. Rush, C. Lee, A. Peterson (all FTI), C. LoTempio (S&K), C. Persing, C. Phillipps (Benderson), D. MacGreevey, M. Gates and S. Weiner (all AlixPartners) re: net proceeds waterfall and emergence timing | 0.8 |
| 08/25/2022 | SW | Conference call with S. Rodermund (ION), C. Phillipps (Benderson) and D. MacGreevey (AlixPartners) re: wind down ERP infrastructure and costs | 0.8 |
| **Total Professional Hours** | | | **13.6** |

**AlixPartners**

ION Geophysical Corporation
21-Apr-22
Attn: Timothy W. Walsh, Esq.
200 Park Avenue
New York, NY 10166-4193

Re:                          Meetings & Communication with Debtors
Code:                       20006556P00001.1.4

| PROFESSIONAL | | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 5.7 | $ | 7,096.50 |
| Matthew D Gates | Director | $840 | 2.8 | | 2,352.00 |
| Scott Weiner | Senior Vice President | $700 | 5.1 | | 3,570.00 |
| **Total Professional Hours and Fees** | | | **13.6** | **$** | **13,018.50** |

**AlixPartners**

ION Geophysical Corporation
c/o Winston & Strawn, LLP
Attn: Timothy W. Walsh, Esq.
200 Park Avenue
New York, NY 10166-4193

Re:         Analysis of Liquidity and Cash Management
Code:       20006556P00001.1.7

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 08/01/2022 | DM | Analysis of updated ION DIP budget | 0.5 |
| 08/01/2022 | MDG | Review updated budgets including post-emergence period. | 1.4 |
| 08/01/2022 | SW | Review and edit weekly committee update presentation | 1.3 |
| 08/01/2022 | SW | Diligence into impact of updated budget on wind down budget and waterfall | 1.6 |
| 08/01/2022 | SW | Review weekly variance report posted in dataroom | 0.5 |
| 08/08/2022 | SW | Review and edit weekly Committee update presentation and send to D. MacGreevey for comment | 0.7 |
| 08/09/2022 | SW | Prepare outline of presentation points in advance of call with Committee | 0.5 |
| 08/15/2022 | SW | Review and edit weekly update deck | 0.7 |
| 08/24/2022 | MDG | Analyze budget re: wind down and distributions and prepare questions for Debtor advisors | 1.1 |
| 08/25/2022 | DM | Discussion with S. Weiner (AlixPartners) re: ION wind down | 0.1 |
| 08/25/2022 | MDG | Review weekly liquidity variance reporting | 0.4 |
| 08/25/2022 | SW | Discussion with D. MacGreevey (AlixPartners) re: ION wind down | 0.1 |
| **Total Professional Hours** | | | **8.9** |

**Alix**Partners

ION Geophysical Corporation
21-Apr-22
Attn:  Timothy W. Walsh, Esq.
200 Park Avenue
New York, NY 10166-4193


Re:                              Analysis of Liquidity and Cash Management
Code:                          20006556P00001.1.7


| PROFESSIONAL | | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 0.6 | $ | 747.00 |
| Matthew D Gates | Director | $840 | 2.9 | | 2,436.00 |
| Scott Weiner | Senior Vice President | $700 | 5.4 | | 3,780.00 |
| **Total Professional Hours and Fees** | | | **8.9** | **$** | **6,963.00** |

**Alix**Partners

ION Geophysical Corporation
c/o Winston & Strawn, LLP
Attn: Timothy W. Walsh, Esq.
200 Park Avenue
New York, NY 10166-4193

Re:        Sale of Business and Assets
Code:      20006556P00001.1.8

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 08/11/2022 | MDG | Review assumed contracts | 0.4 |
| **Total Professional Hours** | | | **0.4** |

**Alix**Partners

ION Geophysical Corporation
21-Apr-22
Attn:  Timothy W. Walsh, Esq.
200 Park Avenue
New York, NY 10166-4193

Re:                          Sale of Business and Assets
Code:                        20006556P00001.1.8

| PROFESSIONAL | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Matthew D Gates | Director | $840 | 0.4 | 336.00 |
| **Total Professional Hours and Fees** | | | **0.4** | **$    336.00** |

**AlixPartners**

ION Geophysical Corporation
c/o Winston & Strawn, LLP
Attn:  Timothy W. Walsh, Esq.
200 Park Avenue
New York, NY 10166-4193

Re:            Financial and Other Diligence
Code:          20006556P00001.1.11

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 08/01/2022 | DW | Review of revised DIP Budget through Sale Close | 2.1 |
| 08/02/2022 | DW | Review of latest A/R and A/P aging | 1.9 |
| 08/09/2022 | SW | Draft summary of email of discussion with ION HR and send to D. MacGreevey (AlixPartners) | 0.6 |
| 08/12/2022 | SW | Create list of systems and information requirements by wind down work stream and send to D. MacGreevey | 1.9 |
| 08/15/2022 | SW | Edit list of workstreams and required systems for wind down and send to SK and Benderson for comment | 0.9 |
| **Total Professional Hours** | | | **7.4** |

**Alix**Partners

ION Geophysical Corporation
21-Apr-22
Attn:  Timothy W. Walsh, Esq.
200 Park Avenue
New York, NY 10166-4193

Re:                          Financial and Other Diligence
Code:                       20006556P00001.1.11

| PROFESSIONAL | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Scott Weiner | Senior Vice President | $700 | 3.4 | 2,380.00 |
| David Webster | Vice President | $655 | 4.0 | 2,620.00 |
| **Total Professional Hours and Fees** | | | **7.4** | **$        5,000.00** |

**Alix**Partners

ION Geophysical Corporation
c/o Winston & Strawn, LLP
Attn:  Timothy W. Walsh, Esq.
200 Park Avenue
New York, NY 10166-4193

Re:            Docket Review & Analysis
Code:          20006556P00001.1.12

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 08/01/2022 | MDG | Review docket filings. | 0.7 |
| **Total Professional Hours** | | | **0.7** |

**Alix**Partners

ION Geophysical Corporation
21-Apr-22
Attn:  Timothy W. Walsh, Esq.
200 Park Avenue
New York, NY 10166-4193

Re:                          Docket Review & Analysis
Code:                        20006556P00001.1.12

| PROFESSIONAL | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Matthew D Gates | Director | $840 | 0.7 | 588.00 |
| **Total Professional Hours and Fees** | | | **0.7** | **$      588.00** |

**AlixPartners**

ION Geophysical Corporation
c/o Winston & Strawn, LLP
Attn: Timothy W. Walsh, Esq.
200 Park Avenue
New York, NY 10166-4193

Re:        Lien and Claims Analysis
Code:      20006556P00001.1.14

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 08/04/2022 | MDG | Review FTI responses related to waterfall analysis. | 0.2 |
| 08/05/2022 | MDG | Review waterfall analysis and compile questions. | 1.2 |
| **Total Professional Hours** | | | **1.4** |

**Alix**Partners

ION Geophysical Corporation
21-Apr-22
Attn:  Timothy W. Walsh, Esq.
200 Park Avenue
New York, NY 10166-4193

Re:                           Lien and Claims Analysis
Code:                         20006556P00001.1.14

| PROFESSIONAL | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Matthew D Gates | Director | $840 | 1.4 | 1,176.00 |
| **Total Professional Hours and Fees** | | | **1.4** | **$      1,176.00** |

**AlixPartners**

ION Geophysical Corporation
c/o Winston & Strawn, LLP
Attn: Timothy W. Walsh, Esq.
200 Park Avenue
New York, NY 10166-4193

Re:       RSA, Disclosure Statement & Plan of Reorganization
Code:    20006556P00001.1.17

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|------------------------|-------|
| 08/03/2022 | SW | Initial review of net proceeds analysis dated 7/28/22 | 1.5 |
| 08/03/2022 | SW | Compare draft proceeds analysis to terms outlined in PoR and GUC settelement term sheet | 1.3 |
| 08/04/2022 | DM | Discussion with Bederson and S&K re: ION wind down | 0.4 |
| 08/04/2022 | DM | Discussion with E. Kardos (AlixPartners) re: ION insurance requirements | 0.3 |
| 08/04/2022 | ESK | Discussion with D. MacGreevey (AlixPartners) re: ION insurance requirements | 0.3 |
| 08/04/2022 | SW | Create footnotes for reconstituted waterfall analysis | 2.2 |
| 08/04/2022 | SW | Draft question list on net cash proceeds analysis and send to FTI | 0.4 |
| 08/04/2022 | SW | Process updates to waterfall analysis | 1.6 |
| 08/04/2022 | SW | Reconstitute waterfall in net proceeds analysis to incorporate comments from KL | 2.7 |
| 08/05/2022 | DM | Review Bederson diligence list | 0.3 |
| 08/05/2022 | DM | Emails with E. Kardos (AlixPartners), B. Ratliff (USI) and C. Lotempio and J. Ashmead (S&K) re: ION go forward insurance requirements and cost | 1.0 |
| 08/08/2022 | DM | Emails with C. Lotempio and J. Ashmead (S&K) re: estate wind down work plan | 0.5 |
| 08/08/2022 | MDG | Call with S. Weiner (AlixPartners) re: waterfall and recoveries. | 0.5 |
| 08/08/2022 | SW | Process edits to waterfall analysis provided by M. Gates (AlixPartners) | 0.7 |
| 08/08/2022 | SW | Respond to S&K requests for information needed in advance of discussions with insurers | 1.7 |
| 08/08/2022 | SW | Call with M. Gates (AlixPartners) re: waterfall analysis | 0.5 |
| 08/09/2022 | DM | Revise ION wind down budget | 0.5 |
| 08/09/2022 | DM | Review employee analysis and bank account listing from ION management | 0.5 |
| 08/10/2022 | DM | Attend call with prospective ION insurance underwriters | 0.3 |
| 08/10/2022 | DM | Participate in conference call with insurance underwriters, W. Kroupa, B. McDonald, M. LaMay, (all CAC Specialty), C. LoTempio (S&K), and S. Weiner (AlixPartners) re: nature and duration of wind down engagement | 0.2 |
| 08/10/2022 | SW | Participate in conference call with insurance underwriters, W. Kroupa, B. McDonald, M. LaMay, (all CAC Specialty), C. LoTempio (S&K), and D MacGreevey (AlixPartners) re: nature and duration of wind down engagement | 0.2 |
| 08/11/2022 | MDG | Review correspondence related to plan releases. | 0.4 |
| 08/15/2022 | DM | Review draft summary of IT needs by work stream | 0.5 |
| 08/16/2022 | DM | Emails re: ION PA insurance | 0.3 |
| 08/24/2022 | DM | Internal discussion with M. Gates (AlixPartners) re: ION wind down analysis | 0.2 |
| 08/24/2022 | MDG | Internal discussion with D. MacGreevey (AlixPartners) re: ION wind down analysis | 0.2 |
| 08/24/2022 | SW | Review and update wind down question list for call with FTI | 0.7 |
| 08/24/2022 | SW | Draft summary of wind down call and send to D. MacGreevey | 0.4 |
| 08/25/2022 | DM | Review revised ION waterfall | 0.3 |
| 08/25/2022 | DM | Emails with M. LeMay (CAC) and C. Lotempio (S&K) re: ION PA insurance | 0.5 |
| 08/25/2022 | DM | Prepare for meeting with Bederson and ION re:: ION wind down and transition | 0.2 |
| **Total Professional Hours** | | | **21.3** |

**AlixPartners**

ION Geophysical Corporation
21-Apr-22
Attn:  Timothy W. Walsh, Esq.
200 Park Avenue
New York, NY 10166-4193


Re:                            RSA, Disclosure Statement & Plan of Reorganization
Code:                          20006556P00001.1.17

| PROFESSIONAL | | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 6.0 | $ | 7,470.00 |
| Matthew D Gates | Director | $840 | 1.1 | | 924.00 |
| Elizabeth S Kardos | Director | $750 | 0.3 | | 225.00 |
| Scott Weiner | Senior Vice President | $700 | 13.9 | | 9,730.00 |
| **Total Professional Hours and Fees** | | | **21.3** | **$** | **18,349.00** |

**AlixPartners**

ION Geophysical Corporation
c/o Winston & Strawn, LLP
Attn:  Timothy W. Walsh, Esq.
200 Park Avenue
New York, NY 10166-4193

Re:          Court Hearings and Status Conferences
Code:        20006556P00001.1.18

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|------------|-------------------------|-------|
| 08/18/2022 | DM | Attend telephonic confirmation and sale hearing. | 1.6 |
| 08/18/2022 | MDG | Attend telephonic confirmation and sale hearing. | 1.4 |
| 08/18/2022 | SW | Attend telephonic confirmation and sale hearing. | 0.9 |
| **Total Professional Hours** | | | **3.9** |

**AlixPartners**

ION Geophysical Corporation
21-Apr-22
Attn:  Timothy W. Walsh, Esq.
200 Park Avenue
New York, NY 10166-4193

Re:                       Court Hearings and Status Conferences
Code:                     20006556P00001.1.18

| PROFESSIONAL | | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 1.6 | $ | 1,992.00 |
| Matthew D Gates | Director | $840 | 1.4 | | 1,176.00 |
| Scott Weiner | Senior Vice President | $700 | 0.9 | | 630.00 |
| **Total Professional Hours and Fees** | | | **3.9** | **$** | **3,798.00** |

**AlixPartners**

ION Geophysical Corporation
c/o Winston & Strawn, LLP
Attn:  Timothy W. Walsh, Esq.
200 Park Avenue
New York, NY 10166-4193

Re:        Retention Applications & Relationship Disclosures
Code:      20006556P00001.1.19

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 08/05/2022 | ESK | Meeting with ION Management, C. Lotempio and J. Ashmead (S&K) and C. Phillips and C. Pershing (Bederson) and D. MacGreevey (AlixPartners) re: ION wind down planning | 1.0 |
| 08/05/2022 | ESK | Emails to/from D. MacGreevey (AlixPartners) B. Ratliff (USI) and C. Lotempio and J. Ashmead (S&K)  re: ION go forward insurance requirements and cost | 1.0 |
| 08/09/2022 | ESK | Emails to/from insurance broker re: insurance information | 0.4 |
| 08/12/2022 | ESK | Review email re: Plan Administrator role | 0.2 |
| 08/18/2022 | BFF | Extensive revisions to Plan Administrator engagement letter | 0.9 |
| 08/18/2022 | ESK | Review and revise engagement letter | 0.3 |
| 08/23/2022 | DM | Emails with C. Lotempio (S&K), E. Kardos and B. Ratliff (USI) re: ION PA insurance | 0.4 |

**Total Professional Hours**                                                                          **4.2**

**AlixPartners**

ION Geophysical Corporation
21-Apr-22
Attn:  Timothy W. Walsh, Esq.
200 Park Avenue
New York, NY 10166-4193

Re:                        Retention Applications & Relationship Disclosures
Code:                      20006556P00001.1.19

| PROFESSIONAL | | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 0.4 | $ | 498.00 |
| Elizabeth S Kardos | Director | $750 | 2.9 | | 2,175.00 |
| **Total Professional Hours and Fees** | | | **4.2** | **$** | **2,673.00** |

**AlixPartners**

ION Geophysical Corporation
c/o Winston & Strawn, LLP
Attn:  Timothy W. Walsh, Esq.
200 Park Avenue
New York, NY 10166-4193


Re:        Fee Applications & Fee Statements
Code:      20006556P00001.1.20

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 08/02/2022 | LMB | Prepare schedules and exhibit workbook | 1.3 |
| 08/02/2022 | LMB | Preparation of first interim fee application | 1.0 |
| 08/03/2022 | LMB | Continue preparation of first interim fee application, supporting schedules and exhibits | 2.8 |
| 08/03/2022 | LMB | Prepare certification in support of first interim fee application | 0.4 |
| 08/03/2022 | LMB | Update fee application status chart | 0.3 |
| 08/03/2022 | LMB | Prepare proposed form of Order awarding first interim fee application | 0.3 |
| 08/03/2022 | MDG | Draft first interim fee application narrative. | 1.4 |
| 08/04/2022 | KAS | Review first interim fee application | 0.8 |
| 08/04/2022 | LMB | Continue preparation of first interim fee application, supporting schedules and exhibits | 2.2 |
| 08/09/2022 | DM | Review ION first interim fee application | 0.5 |
| 08/10/2022 | LMB | Prepare professional fees for July 2022 monthly fee statement | 2.2 |
| 08/10/2022 | MDG | Review hourly data for July fee application. | 1.5 |
| 08/11/2022 | LMB | Email to S. Ludovici (W&C) attaching first interim fee application | 0.2 |
| 08/11/2022 | LMB | Revise and finalize First Interim Fee Application and supporting exhibits | 1.2 |
| 08/18/2022 | LMB | Prepare professional fees for July 2022 monthly fee statement. | 0.5 |
| 08/23/2022 | DM | Review ION July fee statement | 0.5 |
| 08/24/2022 | DM | Review revised July ION fee statement | 0.6 |
| 08/24/2022 | KAS | Review draft fee statement | 0.3 |
| 08/24/2022 | LMB | Prepare and finalize July 2022 monthly fee statement, supporting schedules and exhibits | 2.2 |
| 08/24/2022 | LMB | Review Chapter 11 Plan.   Begin preparation of exhibits to combined second interim and final fee application.  Emails to D. MacGreevey (AlixPartners) re: professional fees.  Update fee application status chart | 1.8 |
| 08/24/2022 | LMB | Prepare professional fees for July 2022 monthly fee statement | 0.6 |
| 08/25/2022 | DM | Review revised ION July fee statement | 0.5 |
| 08/25/2022 | LMB | Finalize July 2022 monthly fee statement, supporting exhibits and schedules | 0.5 |
| 08/25/2022 | LMB | Email to S. Ludovici (W&C) attaching July 2022 monthly fee application for filing on the Court docket | 0.2 |
| **Total Professional Hours** | | | **23.8** |

**Alix**Partners

ION Geophysical Corporation
21-Apr-22
Attn:  Timothy W. Walsh, Esq.
200 Park Avenue
New York, NY 10166-4193

| Re: | Fee Applications & Fee Statements |
| Code: | 20006556P00001.1.20 |

| PROFESSIONAL | | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 2.1 | $ | 2,614.50 |
| Matthew D Gates | Director | $840 | 2.9 | | 2,436.00 |
| Kaitlyn A Sundt | Senior Vice President | $550 | 1.1 | | 605.00 |
| Lisa Marie Bonito | Vice President | $475 | 17.7 | | 8,407.50 |
| **Total Professional Hours and Fees** | | | **23.8** | **$** | **14,063.00** |